```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
     FAX: (415) 436-7009
7    Email: cynthia.stier@usdoj.gov

8  Attorneys for the United States
```

FILED
2013 JUL 25 P 1:13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**WHA**

| UNITED STATES OF AMERICA, | ) | **CR 13 495** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' MOTION TO SEAL MOTION, INDICTMENT, SEALING ORDER AND [PROPOSED] ORDER |
| BRIAN KENNY, | ) | |
| Defendant. | ) | *UNDER SEAL* |

The government hereby moves the Court for an order sealing this motion, the Indictment, and the Sealing Order of the above-captioned case until further order of the Court. The government believes that disclosure of the existence of the Indictment, this motion, and any corresponding order may jeopardize the progress of this case. Nothing in this order shall prevent the government from providing a copy of such documents to members of law enforcement and the United States Attorneys' Office, and to BRIAN KENNY, and his attorney, when appropriate.

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Cynthia Stier*
CYNTHIA L. STIER
Assistant United States Attorney



# ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Motion to Seal Indictment, the Indictment, and this Sealing Order in the above-captioned case shall be sealed until further order of the Court. Nothing in this Order shall prevent the government from providing a copy of these sealed documents to members of law enforcement and the United States Attorneys' Office, and to BRIAN KENNY, and his attorney, when appropriate.

DATED: _____

JOSEPH C. SPERO
United States Magistrate Judge