**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 13-00495 WHA |
|   v. | |
| BRIAN KENNY, | **REQUEST FOR GOVERNMENT RESPONSE** |
|     Defendant. / | |

Defendant has filed an ex parte motion for release of his passport. The government is requested to respond by **NOON ON JANUARY 15, 2015.**

**IT IS SO ORDERED.**

Dated: January 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE