1  JAY R. WEILL (State Bar No. 75434)
   E-Mail:    *jweill@sideman.com*
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
3  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
4  Facsimile:   (415) 392-0827

5  Attorneys for Defendant
   BRIAN KENNY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR 13-00495 WHA |
|---|---|
| Plaintiff, | **MOTION FOR RELEASE OF PASSPORTS** |
| v. | |
| BRIAN KENNY, | |
| Defendant. | |

The Defendant surrender his passports at his arraignment on August 9, 2013. The Defendant pled guilty and was sentenced on February 11, 2014 to six months of incarceration and six months of location monitoring after his release from custody. The Defendant was released from custody on October 16, 2014. The location monitoring is scheduled to end in April 2015. The Defendant intends to request the Court at the end of the location monitoring to be allowed to travel to Ireland to visit his family. The passports have expired and need to be renewed.

Accordingly, the Defendant requests that the Clerk of the Court be instructed to release the passports to the Defendant. The U.S. Attorney's Office has no objection to the release of the passports.

/ / /
/ / /
/ / /
/ / /

DATED: January 5, 2015					SIDEMAN & BANCROFT LLP

						By: _____
						JAY R. WEILL
						Attorneys for Defendant BRIAN KENNY

**ORDER**

Upon application of the Defendant, the Clerk of the Court is ordered to release the Defendant's passports to the Defendant.

DATED: January <u>20</u>, 2015

						_____
						William ~~A.~~ Alsup
						United States District Judge

6945-1\2325258v1